The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY PIERCE, et. al.,

    Defendant.

No. CR12-196RSL

**ORDER SEALING GOVERNMENT'S MOTION IN CONNECTION WITH SENTENCING**

The Court having considered the United States' Motion to Seal requesting that the United States' Motion in Connection with Defendant's Sentencing in this case be sealed,

It is hereby ORDERED that the United States' Motion in Connection with Defendant's Sentencing be and remain sealed until further order of this Court.

DATED this 10th day of Sept., 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

s/ Matthew R. Pittman
MATTHEW R. PITTMAN
Special Assistant United States Attorney

12-CR-00196-CLM

ORDER SEALING MOTION IN CONNECTION WITH SENTENCING/
MARY PIERCE, ET AL - Case No. CR12-196RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970